Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney and Ellis N. Slack for the United States.

No. 478.  COFFMAN v. FEDERAL LABORATORIES, INC. ET AL.  C. A. 3d Cir.  Certiorari denied.  John G. Buchanan, James D. Carpenter, Jr., John G. Buchanan, Jr. and Samuel M. Coombs, Jr. for petitioner.  Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney and Melvin Richter for the United States; and Thomas McNulty for the Federal Laboratories, Inc., respondents.

No. 479.  HOUVARDAS v. WIXON, DISTRICT DIRECTOR OF IMMIGRATION & NATURALIZATION.  C. A. 9th Cir.  Certiorari denied.  Carlos R. Freitas for petitioner.  Solicitor General Perlman, Robert S. Erdahl and Andrew F. Oehmann for respondent.

No. 480.  PANGBORN CORPORATION v. AMERICAN FOUNDRY EQUIPMENT Co.  C. A. 3d Cir.  Certiorari denied.  William F. Hall, E. Ennalls Berl and Charles M. Thomas for petitioner.  Hugh M. Morris and Thomas Turner Cooke for respondent.

No. 481.  AMERICAN FOUNDRY EQUIPMENT Co. v. PANGBORN CORPORATION.  C. A. 3d Cir.  Certiorari denied.  Hugh M. Morris and Thomas Turner Cooke for petitioner.  William F. Hall, E. Ennalls Berl and Charles M. Thomas for respondent.

No. 485.  BRUCE v. OHIO OIL Co. ET AL.  C. A. 10th Cir.  Certiorari denied.  John B. Dudley for petitioner.

914

*A. M. Gee* for respondents.

No. 491. Lee Fong Fook *v.* Wixon, District Director, Immigration & Naturalization Service. C. A. 9th Cir. Certiorari denied. *Gus C. Ringole* for petitioner. *Solicitor General Perlman* and *Robert S. Erdahl* for respondent.

No. 492. Knowles et al. *v.* War Damage Corporation. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Philip W. Amram, James M. Carlisle* and *Ward M. French* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney, Edward H. Hickey* and *Cecelia H. Goetz* for respondent.

No. 501. Wolfe *v.* Commissioner of Internal Revenue. C. A. 9th Cir. Certiorari denied. *Robert H. Montgomery* and *James O. Wynn* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Morton K. Rothschild* for respondent.

No. 508. Marris *v.* Sockey. C. A. 10th Cir. Certiorari denied. *H. A. Ledbetter* and *Guy H. Sigler* for petitioner. *Jack T. Conn* for respondent.

No. 484. Sharble et al. *v.* Kuehnle-Wilson, Inc. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied for the reason that application therefor was not made within the time provided by law. 28 U. S. C. § 2101 (c). *John H. Hoffman* for petitioners. *Joseph W. Henderson* and *George M. Brodhead* for respondent.